NO. 15-25-00118-CV

| | | |
|---|---|---|
| JAMES BRICKLEY,<br>Appellant, | § | COURT OF APPEALS NUMBER<br>15-25-00118-CV |
| | § | |
| v. | § | |
| | § | |
| NICHOLAS WALTON,<br>Appellee. | § | TRIAL COURT CASE NUMBER<br>DC-24-55842 |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

AUG 2 6 2025

CHRISTOPHER A. PRINE
CLERK

## PLAINTIFF'S NOTICE OF PAST-DUE FINDINGS OF FACT & CONCLUSIONS OF LAW

PLAINTIFF/appellant, James Brickley, gives this Court notice that its findings of fact and conclusions of law are past due and asks the Court to file the findings of fact and conclusions of law.

### INTRODUCTION

1. Plaintiff/appellant, James Brickley, sued defendant, Nicholas Walton, for in his individual capacity for theft and civil rights violations amounting to denial of access to the courts, for unlawfully taking Brickley's legal work in violation of TDCJ policy and state laws, which allow recovery as an intentional tort under the TCPRC.

2. The Court signed judgment on 10June2025.

### FIRST REQUEST

3. Plaintiff/appellant filed a timely request for findings of fact and conclusions of law on 26June2025.

4. The findings of fact and conclusions of law were due on the 16th of July,2025, 20 days after the request was filed. Tex.R.Civ.P.297.

### SECOND REQUEST

5. Plaintiff/appellant put this Court on notice that he was expecting the findings of fact and conclusions of law in his letter to the Court Clerk on 24July2025 requesting supplementation to the

1

Clerk's Record in an sttempt to maintain a respectful stance to this Court.

6. Plaintiff/appellant files this notice of past-due findings of fact and conclusions of law in this formal setting to extend the date that the findings of fact and conclusions of law are due. Findings of fact and conclusions of law are now due on 6September 2025, 30 days past the date of this motion, or the filing of this motion. Whichever date the Court deems justified.

7. Plaintiff/appellant asks the Court to file findings of fact and conclusions of law and require the court clerk to mail copies to all parties, as required by Texas Rule of Civil Procedure 297.

PRAYER

For these reasons Plaintiff/appellant asks this Court to file findings of fact and conclusions of law.

Respectfully submitted,

JAMES BRICKLEY
3201 FM 929
Gatesville, Texas 76597

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was forwarded to my agent with explicit instructions to forward to all parties in the suit, including the Trial Court and the attorney for the oppossing party. Executed on this day 5August2025.

JAMES BRICKLEY
3201 FM 929
Gatesville, Texas 76597

JULIA RODGERS-BLACKMON
335 JIM BELL ROAD
CAMPTI, LA 71411

7021 0950 0000 2078 9877

Jacobi Pons
Office of the Att. Gen,
Law Enforcement Div,
P.O. Box 12548,
Capitol Station
Austin, Texas 78711



## SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jacobi Pons
Office of Att. Gen,
P.O. Box 12548, Capitol Station
Austin, Texas 78711

9590 9402 8954 4064 6210 16

2. Article Number (Transfer from service label)

7021 0950 0000 2078 9877

PS Form 3811, July 2020 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

JULIA RODGERS-BLACKMON
335 JIM BELL ROAD
CAMPTI, LA 71411

7021 0950 0000 2078 9884

Clerk of the
15th Court of Appeals
P.O. Box 12852
Austin, Tx 78711

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk of the
15th COA
P.O. Box 12852
Austin, Texas 78711

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8954 4064 6210 09

2. Article Number (Transfer from service label)

7021 0950 0000 2078 9884

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

JULIA RODGERS-BLACKMON
335 JIM BELL ROAD
CAMPTI, LA 71411

7021 0950 0000 2078 9891

Clerk of the
440th District Court
P.O. Box 4
Gatesville, Texas 76528

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk of the 440th
District Court
P.O. Box 4
Gatesville, Texas 76528

9590 9402 8954 4064 6209 96

2. Article Number (Transfer from service label)

7021 0950 0000 2078 9891

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ____ Mail
☐ ____ ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt